# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 06-00298-07-CR-W-BCW |
| v. | |
| JEFFREY W. SINGLETON, | |
| Defendant. | |

## ORDER TO REDUCE TERM
## OF IMPRISONMENT TO TIME SERVED

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Jeffrey Singleton, to time served and commencement of a five-year term of supervised release previously imposed. The Court finds:

1. Defendant, Jeffrey Singleton, pled guilty to violating 21 U.S.C. §§ 841(a)(1), (b)(1)(A); and 21 U.S.C. § 846, Conspiracy to Distribute 500 Grams or More of Methamphetamine (Mixture) on March 13, 2008.

2. Mr. Singleton was sentenced on June 30, 2008, in the United States District Court for the Western District of Missouri, to a term of 120 months of imprisonment followed by a five-year term of supervised release. Mr. Singleton's Good Conduct Time release date is July 9, 2015. He is not expected to survive to that date.

3. Mr. Singleton, age 55, has been diagnosed with liver cancer. He also has a history of cirrhosis of the liver and chronic hepatitis C. Despite several rounds of chemotherapy, Mr. Singleton's condition continues to deteriorate. He was transferred to the Long-Term Care floor at USMCFP Springfield on January 30, 2013, where he requires assistance with all of his

Activities of Daily Living.  He is receiving palliative care.  His doctor has stated his prognosis is poor and his life expectancy is less than twelve months.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's terminal illness constitutes an extraordinary and compelling reason that warrants the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the five-year term of supervised release previously imposed.

**DONE AND ORDERED THIS 3rd DAY OF MAY 2013.**

/S/ Brian C. Wimes
_____
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE